IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-180 |
| | ) | |
| BONNIE GARNDER | ) | |

**MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL**

AND NOW comes the United States of America by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said district, and respectfully moves the Court to issue an Order directing that the Application and Affidavit for an Ex Parte Order as well as the Order in the above-captioned case, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that this Application, Affidavit and Order contain sensitive information. The Government further requests that, due to the impracticability of redacting said document because the document is replete with sensitive information, the Government shall not be required to file a redacted version of the document. The government has provided the court with a copy of the Application, Affidavit and Order.

WHEREFORE, for the reasons set forth above, the government

respectfully requests that the Court permit the government to file an application and affidavit for an *ex parte* order under seal.

    Respectfully submitted,

    DAVID J. HICKTON
    United States Attorney

    /s/ Brendan T. Conway
    BRENDAN T. CONWAY
    Assistant U.S. Attorney
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    412/894-7348
    412/894-7311 (facsimile)
    Brendan.Conway@usdoj.gov
    PA ID No. 78726