IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 09-180 |
| | ) |
| BONNIE GARNDER | ) |

O R D E R

AND NOW, to wit, this 24th day of April, 2013, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that said document, when filed in the above-captioned case, will be sealed until further Order of Court. The Government shall not be required to file a redacted version of the document. The Clerk's Office shall docket the sealed document without requiring the government to first file a redacted version.

_____
UNITED STATES DISTRICT JUDGE