# UNITED STATES DISTRICT COURT
### FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs

BONNIE GARDNER

CRIMINAL NO. 09-000180-002

Time for Selection:  Begins: **10:06 AM - 5/8/13**

Ends: ___

Date: May 8, 2013

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | #100 Robert Junko | 20 | #21 Richard Blazevich |
| 2 | #74 Ronald F. Derzate | 21 | #53 Jacqueline Reziez |
| 3 | #49 Elyse Huseman ~~#96 Theodore Horne, III (cause π)~~ | 22 | #106 April R. Moratz |
| 4 | #82 Robert Luther (excused) | 23 | #51 Paul McPeak |
| 5 | ~~#53 Rebecca Skotnicki (excused)~~ ~~#191 Melissa Kushner (cause π)~~ | 24 | #135 Anthony Gualine |
| 6 | #39 Matthew Loftus | 25 | #62 Jeff Foehringer |
| 7 | #57 Phillip Ertz | 26 | #143 Dale Nusser |
| 8 | #77 Ronald Opsatnik | 27 | #149 John Dovitz |
| 9 | #98 Terrence McGroth | 28 | #109 Laurene Marine |
| 10 | #111 Lawrence Kviner |  |  |
| 11 | #68 Alan Rugh |  |  |
| 12 | #155 George Becker |  |  |
| 13 | #92 Raymond Yaksick |  |  |
| 14 | #153 Marie Poserba |  |  |
| 15 | #69 Jonathan Skornavarko |  |  |
| 16 | #148 Jarrod Danica |  |  |
| 17 | #90 Mary Malesky |  |  |
| 18 | #171 Cailyne Birford |  |  |
| 19 | #110 Craig Welch |  |  |
|  | #136 Rebecca Shawer |  |  |

### ALTERNATE JURORS

| NO. | | NO. | |
|---|---|---|---|
| 1 | #83 Ryan Fulcore | 6 | #170 Cynthia Eichmeller ~~#65 William Stoltz (Excused)~~ |
| 2 | #108 Sherry Ann Bortz | 7 | #151 Carol Hacin |
| 3 | #66 Timothy Bendich, Jr. | 8 | #85 Dominic Repky |
| 4 | #89 Kim M. Stone |  |  |
| 5 | ~~#174 George Stevenson III~~ ~~#75 Karen Bilsky Audio (cause π)~~ |  |  |

# CLERK'S MEMORANDUM

| | | | | |
|---|---|---|---|---|
| Criminal Number | CR NO. 09-00180-002 | Case closed | | 20___ |
| Caption | U.S.A. v. BONNIE GARDNER | Judge Charges Jury | | 20___ |
| Before Judge | NORA BARRY FISCHER | Jury Retires | | 20___ |
| Appears for U.S.A. | BRENDAN T. CONWAY, AUSA | Verdict | | 20___ |
| | GREGORY C. MELUCCI, AUSA | | | |
| Appears for Deft. | MARTIN A. DIETZ, ESQUIRE | | | |

*Prior to conclusion of Jury Selection, on 5-10-13, Defendant Bonnie Gardner entered Guilty Plea to Ct. 1 of Superseding Indictment.*

| | | | | |
|---|---|---|---|---|
| U.S.A. opens | | 20___ | Bailiff in Charge/Law Clerk | L. SHARKEY |
| U.S.A. rest | | 20___ | Court Reporter | S. Hall (5-8-13), S. Wenger (5-10-13) |
| U.S.A. close | | 20___ | Deputy Clerk | J. GALOVICH |
| Deft. opens | | 20___ | | |
| Deft. rest | | 20___ | | |
| Deft. close | | 20___ | | |

## TRIAL MEMORANDUM

### Dates of Trial

| | | |
|---|---|---|
| Trial Opens | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial Closed | | 20___ |
| Verdict | | 20___ |