# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>BONNIE GARDNER, )<br>)<br>Defendant. ) | Criminal No. 09-00180-002 |

**HEARING ON** - Change of Plea

Before Judge Nora Barry Fischer

| | |
|---|---|
| Brendan T. Conway, AUSA<br>Gregory C. Melucci, AUSA<br>Appear for U.S.A. | Martin A. Dietz, Esquire<br><br>Appear for Defendant |
| Hearing begun  5/10/13 at 8:50 a.m. | Hearing adjourned to |
| Hearing concluded  5/10/13 at 9:45 a.m. | Stenographer:  S. Wenger<br>Clerk: J. Galovich |

**WITNESSES:**

| For U.S.A. | For Defendant |
|---|---|

Oath administered to defendant; Defendant found competent to plead;  Court asks defendant questions from colloquy and defendant indicates understanding; Court advises defendant of right to trial;  Defendant indicates understanding of charges;  Court asks about and defendant understand regarding Sentencing Guidelines application & pertinent Supreme Court & Circuit Court decisions;  Court advises defendant of potential penalties;  Government details elements of the offense to which defendant intends to enter a plea of guilty and summarizes evidence as to said offense against the defendant; Defendant indicates wish to plead guilty to plead guilty to Count 1 of the Superseding Indictment;  Court accepts defendant's change of plea and enters a Judgment of Guilt as to Count 1 of the Superseding Indictment;  Counsel and defendant signed the Change of Plea Form;  Court orders preparation of Presentence Investigation Report;  Telephonic Sentencing Conference set for **10/15/13 at 4:30 p.m**.;  Sentencing set for **10/18/13 at 9:00 a.m.;**  Defendant's Bond continued to date of disposition of Sentence.