IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | Criminal No. 09-00180-002 |
| BONNIE GARDNER, | ) | |
| Defendant. | ) | |

## CHANGE OF PLEA

AND NOW, the Defendant, Bonnie Gardner, in the above entitled case hereby withdraws her plea of NOT GUILTY entered March 8, 2012, and now pleads GUILTY to Count 1 of the Superseding Indictment, in open court this 10th day of May, 2013.

_____
Defendant

_____
Attorney